UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

*Eastern District of Kentucky*
**FILED**
MAY 05 2021
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY AND STATE OF TENNESSEE,<br><br>*Plaintiffs,*<br><br>v.<br><br>JANET YELLEN, in her official capacity as Secretary of the Treasury; RICHARD K. DELMAR, in his official capacity as acting inspector general of the Department of Treasury; and U.S. DEPARTMENT OF THE TREASURY,<br><br>*Defendants.* | No. 3:21-cv-00017-GFVT |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to E.D. Kentucky L.R. 83.2, attorney Paul D. Clement respectfully moves the Court to grant his admission *pro hac vice* to the United States District Court for the Eastern District of Kentucky to appear and participate as counsel for *amici curiae* United States Chamber of Commerce and National Federation of Independent Business Small Business Legal Center in the above-captioned case.

1. Applicant is an attorney employed by Kirkland & Ellis LLP. Mr. Clement's relevant identifying information is as follows:

    Business address:  Kirkland & Ellis LLP
    1301 Pennsylvania Avenue NW

1

Washington, D.C. 20004

Business telephone: (202) 389-5000

Business fax: (202) 389-5200

Business e-mail address: paul.clement@kirkland.com

2. Applicant is admitted to and in good standing with the state and federal bars provided in the accompanying attachment (Exhibit A).

3. Applicant has attached a certificate of good standing that has been issued no more than ninety (90) days before the date of this motion from the highest court of the state in which Applicant is a resident (Exhibit B).

4. Applicant has not been disbarred, suspended from practice, or subjected to any disciplinary action by any court, state, territory, or the District of Columbia.

5. Applicant consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. Applicant has completed ECF training by reviewing the website tutorial.

7. With this motion, Applicant tenders:

   a. The Electronic Filing Attorney Registration Form required by the Court's Electronic Case Filing Administrative Policies and Procedures, included with this motion; and

   b. The required *pro hac vice* motion fee of $125.00, by regular mail.

WHEREFORE, Applicant respectfully requests that this court enter an order permitting the admission of Paul D. Clement to the Eastern District of Kentucky for this case only.

Respectfully submitted,

s/Paul D. Clement
PAUL D. CLEMENT
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
(202) 389-5000
paul.clement@kirkland.com

May 4, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2021, I filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Kentucky via third-party mail carrier.

May 4, 2021

                                                    s/Paul D. Clement
                                                    Paul D. Clement