# EXHIBIT A

## List of Additional Courts: Paul D. Clement

### STATE COURT ADMISSIONS

| COURT | DATE OF ADMISSION | REGISTRATION NUMBER |
|---|---|---|
| District of Columbia Court of Appeals | 5/3/1996 | 433215 |
| Virginia State Court | 10/6/1994 | 37915 |
| Wisconsin State Court | 5/29/2003 | 1046530 |

### FEDERAL COURT ADMISSIONS

| COURT | DATE OF ADMISSION | REGISTRATION NUMBER |
|---|---|---|
| U.S. Supreme Court | 1/24/2000 | N/A |
| U.S. Court of Appeals for the First Circuit | 8/6/2010 | 1121545 |
| U.S. Court of Appeals for the Second Circuit | 11/10/2003 | N/A |
| U.S. Court of Appeals for the Third Circuit | 8/2/2011 | N/A |
| U.S. Court of Appeals for the Fourth Circuit | 3/30/2000 | N/A |
| U.S. Court of Appeals for the Fifth Circuit | 9/28/2009 | N/A |
| U.S. Court of Appeals for the Sixth Circuit | 3/2/2000 | N/A |
| U.S. Court of Appeals for the Seventh Circuit | 1/9/2001 | N/A |
| U.S. Court of Appeals for the Eighth Circuit | 9/3/1996 | N/A |
| U.S. Court of Appeals for the Ninth Circuit | 6/14/2002 | N/A |

| U.S. Court of Appeals for the Tenth Circuit | 3/22/2000 | N/A |
|---|---|---|
| U.S. Court of Appeals for the Eleventh Circuit | 1/27/2009 | 433215 |
| U.S. Court of Appeals for the District of Columbia Circuit | 7/31/1996 | 433215 |
| U.S. Court of Appeals for the Federal Circuit | 4/19/2000 | N/A |
| U.S. Court of Federal Claims | 11/3/2016 | N/A |
| U.S. District Court for the District of Columbia | 9/29/2009 | N/A |
| U.S. District Court for the Northern District of Florida | 5/1/2015 | N/A |