UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY AND STATE OF TENNESSEE,<br><br>*Plaintiffs*,<br><br>v.<br><br>JANET YELLEN, in her official capacity as Secretary of the Treasury; RICHARD K. DELMAR, in his official capacity as acting inspector general of the Department of Treasury; and U.S. DEPARTMENT OF THE TREASURY,<br><br>*Defendants*. | No. 3:21-cv-00017-GFVT |

**PROPOSED ORDER GRANTING MOTION FOR ADMISSION**
***PRO HAC VICE***

The matter having come before the Court upon the Motion for Admission *Pro Hac Vice* of Attorney Paul D. Clement, it is hereby ORDERED that said motion is GRANTED.

It is so ORDERED.