```
Court Name: U S DISTRICT COURT EDKY
Division: 3
Receipt Number: 3002507
Cashier ID: jjones
Transaction Date: 05/05/2021
Payer Name: Kirkland and Ellis LLP

PRO HAC VICE
 For: Paul D. Clement
 Case/Party: D-KYE-5-07-FP-000001-001
 Amount:         $125.00

CHECK
 Check/Money Order Num: 10242027
 Amt Tendered:    $125.00

Total Due:       $125.00
Total Tendered:  $125.00
Change Amt:      $0.00

PHV Fee
3:21-cv-17-GFVT
```