UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, *et al.*,<br><br>    Plaintiffs,<br><br>V.<br><br>JANET YELLEN, *et al.*,<br><br>    Defendants. | Civil No. 3:21-cv-00017-GFVT-EBA<br><br>**ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the parties' Joint Motion for a Scheduling Order. [**R. 24.**] In lieu of having Defendants file an answer to the Complaint and a Rule 26(f) Conference, the parties seek an expedited scheduling order for filing cross-motions for summary judgment and/or a motion to dismiss. [*Id.*] Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The parties' Joint Motion [**R. 24**] is **GRANTED**;

2. The Plaintiffs shall file their motion for summary judgment, not to exceed 40 pages, on or before **Wednesday, June 23, 2021**;

3. The Defendants shall file their combined response and motion to dismiss or, in the alternative, cross-motion for summary judgment, not to exceed 40 pages, on or before **Wednesday, July 21, 2021**;

4. The Plaintiffs shall file their combined reply and response, not to exceed 30 pages, on or before **Wednesday, August 11, 2021**;

5. The Defendants shall file their reply, not to exceed 25 pages, on or before **Wednesday, August 25, 2021**; and

6. A hearing is **SET** for **Wednesday, September 8, 2021**, at the hour of 11:00 a.m. at the federal courthouse in **Frankfort**, Kentucky.

This the 28th day of June, 2021.

Gregory F. Van Tatenhove
United States District Judge