# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT FRANKFORT

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY AND STATE OF TENNESSEE,<br><br>*Plaintiffs*,<br><br>v.<br><br>JANET YELLEN, in her official capacity as Secretary of the Treasury; RICHARD K. DELMAR, in his official capacity as acting inspector general of the Department of the Treasury; and U.S. DEPARTMENT OF THE TREASURY,<br><br>*Defendants*. | No. 3:21-cv-00017-GFVT |

**PROPOSED ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA AND NATIONAL FEDERATION OF INDEPENDENT BUSINESS SMALL BUSINESS LEGAL CENTER SUPPORTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

The matter having come before the Court upon the Motion for Leave to File Brief of *Amici Curiae* Chamber of Commerce of the United States of America and National Federation of Independent Business Small Business Legal Center Supporting Plaintiffs' Motion for Summary Judgment, it is hereby ORDERED that said motion is GRANTED.

It is so ORDERED.