IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

COMMONWEALTH OF KENTUCKY, *et al.*,

                Plaintiffs,

         v.

JANET YELLEN, in her official capacity as Secretary of the Treasury, *et al.*,

                Defendants.

Case No. 3:21-cv-00017-GFVT-EBA

## NOTICE OF APPEAL

    Notice is hereby given that Defendants Janet Yellen, in her official capacity as Secretary of the Treasury, Richard K. Delmar, in his official capacity as Acting Inspector General of the Department of the Treasury, and the United States Department of the Treasury appeal to the United States Court of Appeals for the Sixth Circuit from this Court's Judgment (Docket No. 43) and Opinion and Order (Docket No. 42) entered September 24, 2021.

DATED: November 22, 2021       Respectfully submitted,

                                                   BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

*/s/ Charles E.T. Roberts*
MICHAEL P. CLENDENEN
STEPHEN EHRLICH
CHARLES E.T. ROBERTS
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-8628
Email: charles.e.roberts@usdoj.gov

*Counsel for Defendants*

2

**Certificate of Service**

On November 22, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Kentucky, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ <u>Charles E.T. Roberts</u>