**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 23, 2021

Ms. Andree Sophia Blumstein
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Mr. Barry Lee Dunn
Office of the Attorney General
of Kentucky
700 Capitol Avenue
Suite 118
Frankfort, KY 40601

Mr. Stephen Ehrlich
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530

      Re: Case No. 21-6108, *Commonwealth KY, et al v. Janet Yellen, et al*
         Originating Case No. 3:21-cv-00017

Dear Counsel,

 This appeal has been docketed as case number **21-6108** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

 Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **December 7, 2021**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|  |  |
|---|---|
| Appellant: | Appearance of Counsel<br>Civil Appeal Statement of Parties & Issues<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |
| Appellee: | Appearance of Counsel<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Virginia Lee Padgett
Case Manager
Direct Dial No. 513-564-7032

cc: Ms. Sarah Campbell
    Mr. Matthew Franklin Kuhn
    Mr. Victor B. Maddox
    Mr. Brett Robert Nolan
    Mr. Charles E.T. Roberts
    Mr. Brandon James Smith

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 21-6108

COMMONWEALTH OF KENTUCKY; STATE OF TENNESSEE

    Plaintiffs - Appellees

v.

JANET YELLEN, In her official capacity as Secretary of the Treasury; RICHARD K. DELMAR; U.S. DEPARTMENT OF THE TREASURY

    Defendants - Appellants