Case No. 21-6108

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

COMMONWEALTH OF KENTUCKY; STATE OF TENNESSEE

    Plaintiffs - Appellees

v.

JANET YELLEN, In her official capacity as Secretary of the Treasury; RICHARD K. DELMAR, In his official capacity as Acting Inspector General of the Department of the Treasury; U.S. DEPARTMENT OF THE TREASURY

    Defendants - Appellants

Upon consideration of the appellant's motion to hold case in abeyance and to continue oral argument,

It is **ORDERED** that the motion be and is hereby **DENIED.**

                  **ENTERED BY ORDER OF THE COURT**
                  Deborah S. Hunt, Clerk

Issued: July 05, 2022